UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| SANDRA M. WILLIAMS, | ) | C/A No. 8:16-cv-01678-TMC-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is Defendant's Motion to Remand (ECF No. 21), to which Plaintiff consents (ECF No. 21-1 at 2). Upon review of the motion and the record, the court grants Defendant's motion. On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to further evaluate Plaintiff's maximum residual functional capacity. In particular, the ALJ is to give further consideration to the severity and limiting effects of Plaintiff's migraine headache impairment, and to the related opinion evidence from Dr. Husid. In addition, the ALJ is to further consider Plaintiff's VA decision pursuant to Social Security Ruling 06-03p. Finally, the ALJ is to give Plaintiff another opportunity for a hearing, take any action necessary to complete the Administrative record, and issue a new decision.

Therefore, Defendant's Motion to Remand (ECF No. 21) is **GRANTED** and this action is remanded to the Commissioner for further evaluation under the sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

January 23, 2017